```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 19230
   RICHARD VAZQUEZ
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-8576


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/18/07 .

     2.  The case was dismissed without confirmation, 12/14/2007.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MTGE      CURRENT MORTG         .00              .00           .00
WELLS FARGO HOME MTGE      MORTGAGE ARRE   NOT FILED              .00           .00
DUPAGE COUNTY COLLECTOR    SECURED         NOT FILED              .00           .00
CACH LLC                   UNSECURED       NOT FILED              .00           .00
COMED                      UNSECURED       NOT FILED              .00           .00
CREDITOR PROTECTION ASSO   UNSECURED       NOT FILED              .00           .00
HARRIS & HARRIS LTD        UNSECURED       NOT FILED              .00           .00
NICOR GAS                  UNSECURED       NOT FILED              .00           .00
PELLETTIERI & ASSOC        UNSECURED       NOT FILED              .00           .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED              .00           .00
SBC AMERITECH              UNSECURED       NOT FILED              .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00       .00           .00
PRINCIPAL PAID           .00          .00          .00       .00           .00
INTEREST PAID            .00          .00          .00       .00           .00
TOTAL PAID               .00          .00          .00       .00           .00
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/11/08                     /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 07 B 19230 RICHARD VAZQUEZ
```